PROB 12
(Rev. 3/88)



FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 28 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Mamdee Keita     Docket No. 1:04-CR-00058-01-JEC

### PETITION TO RESCIND SUMMONS AND ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Lorna W. Murphy PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Mamdee Keita who was placed on supervision for the offense of Bank Fraud, 18 U.S.C. 1344, by the Honorable Julie E. Carnes sitting in the court at Atlanta, on the 1st day of November, 2004 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Upon release from imprisonment, the defendant shall be turned over to a duly authorized INS official for appropriate removal proceedings from the Unites States. Should the defendant be given bond by INS or otherwise released after the completion of the imprisonment portion of his sentence, the defendant shall report to the Northern District of Georgia, within 72 hours of release from custody, for this Court to impose specific conditions of supervised release. Defendant's

supervised release. The United States Probation Office shall monitor defendant's release status.

On November 14, 2005, Mr. Keita was released to the BICE for deportation proceedings. He was denied entry to Liberia and was released from BICE on April 26, 2007, under their Order of Supervision. Keita reported to the U.S. Probation Office on April 30, 2007.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Keita has paid a total of $350.03 since the hearing on October 22, 2010. The total paid to date toward restitution is $955.05. He was issued an Employment Authorization Card was issued on December 15, 2010.

He secured a full-time job with Neo.Com, Woodstock, GA. This is a company that installs cable for cellular phone companies. He began working for the company on February 15, 2011. His gross monthly income is $1,733.33.

We have learned that there will be no deportation to Liberia in the near future.

If the petition had not been issued, the expiration date of this supervision would have been January 24, 2011.

As evidenced above, Mr. Keita has made significant progress since his revocation hearing was continued on October 22, 2010. He remains in compliance and contacts this officer with any area of concern or with any questions.

PRAYING THAT THE COURT WILL ORDER summons issued for said Mamadee Keita to be rescinded and his term of supervised release be discharged.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this _____ day of 3/26/11 | Lorna W. Murphy<br>U. S. Probation Officer |
| and ordered filed and made a part of the records in the above case. | Place:   Atlanta, Georgia<br><br>Date:    March 21, 2011 |
| Honorable Julie E. Carnes<br>U. S. District Court Judge | Paul T. O'Connor, Jr.<br>Supervising U. S. Probation Officer |